UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**HEATHER R. FOLKMAN**,

Plaintiff,

v.

**CAROLYN W. COLVIN**,
Acting Commissioner of Social Security,

Defendant.

Civil Case No. 6:13-CV-00953-KI

JUDGMENT

    Kathryn Tassinari
    Rob Baron
    Harder, Wells, Baron & Manning, P.C.
    474 Willamette, Suite 200
    Eugene, Oregon  97401

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

John C. Lamont
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

       Attorneys for Defendant

KING, Judge:

       Based on the record,

       The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for a finding of disability as of the amended onset date of October 1, 2009.

       Dated this ___6th___ day of January, 2015.

                                    /s/ Garr M. King
                                  Garr M. King
                                  United States District Judge